# Order

Michigan Supreme Court
Lansing, Michigan

January 29, 2007

132467

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

BILLY LEE NICKSON,
　　　　　Defendant-Appellant.

SC: 132467
COA: 262288
Wayne CC: 04-012898-01

_____/

　　　　On order of the Court, the application for leave to appeal the October 3, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

Clerk

l0122